UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVIN FLORES,

Petitioner,

v.

CONTRA COSTA COUNTY SUPERIOR COURT,

Respondent.

Case No. 26-cv-09212-EKL

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On August 28, 2026, Petitioner, a state prisoner, filed the present *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. *See* ECF No. 1. On that same date, the Clerk of the Court sent a notice to Petitioner, informing him that his action could not go forward until he paid the filing fee or filed a completed an *in forma pauperis* ("IFP") application. *See* ECF No. 2. The Clerk sent Petitioner a blank IFP application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed. *Id*. at 1. More than twenty-eight days have passed, and Petitioner has not paid the filing fee, returned the IFP application, or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

As jurists of reason would not find it debatable whether the Court was correct in its procedural ruling, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel,* 529 U.S. 473, 483 (2000) (certificate of appealability available to challenge district court's procedural ruling only where jurists of reason would find the federal habeas court's ruling debatable). If Petitioner wishes to appeal this dismissal without prejudice rather than reopen his case by following the Court's instructions, he may seek a certificate of appealability directly from the Court of Appeals for the Ninth Circuit. *See* Fed. R. App. P. 22(b).

United States District Court
Northern District of California

United States District Court
Northern District of California

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: October 23, 2026

EUMI K. LEE
United States District Judge